FILED

2019 Aug-13  AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:10-cr-00113-LSC-JHE |
| | ) | |
| | ) | |
| | ) | |
| DONALD HOLLOMAN ANDERSON, JR., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF OPINION AND ORDER

The defendant has filed a motion to appoint counsel. (Doc. 42.) The magistrate judge filed a report and recommendation, recommending that the motion be denied. (Doc. 43.) The defendant has not filed an objection to the report and recommendation.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, the recommendation is ACCEPTED. Consequently, the motion to appoint counsel (doc. 42) is hereby DENIED.

**DONE** AND **ORDERED** ON AUGUST 13, 2019.

_L. Scott Coogler_
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704